# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 14-13469-MDC

PATRICIA FITZGERALD

1519 N. CENTER AVENUE

FEASTERVILLE TREVOSE, PA 19053

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  PATRICIA FITZGERALD

  1519 N. CENTER AVENUE

  FEASTERVILLE TREVOSE, PA 19053

Counsel for debtor(s), by electronic notice only.

  JOSEPH L QUINN
  152 E HIGH ST
  SUITE 100
  POTTSTOWN, PA 19464-

Date: 2/28/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee