# UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PATRICIA FITZGERALD                          Chapter 13

                    Debtor              Bankruptcy No. 14-13469-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

      **AND NOW**, this ___6th___ day of ___April___, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

      **ORDERED**, that any wage orders are hereby vacated.

_Magdeline D. Coleman_
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOSEPH L QUINN
152 E HIGH ST
SUITE 100
POTTSTOWN, PA 19464-

Debtor:
PATRICIA FITZGERALD

1519 N. CENTER AVENUE

FEASTERVILLE TREVOSE, PA 19053