United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Patricia Fitzgerald  
    Debtor

Case No. 14-13469-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 2     Date Rcvd: Apr 07, 2017  
                    Form ID: pdf900     Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2017.

```
db         +Patricia Fitzgerald,    1519 N. Center Avenue,    Feasterville Trevose, PA 19053-4415
cr         +RBS Citizens, N.A.,    One Citizens Plaza,    Providence, RI 02903-1339
13297708   ++CITIBANK,    PO BOX 6043,    SIOUX FALLS SD 57117-6043
             (address filed with court: Sunoco/citi,    Attention: Bankruptcy,    7920 Nw 110th St.,
             Kansas City, MO 64153)
13297693   +Central Credit/Penn Cr,    Attn:Bankruptcy,    Po Box 988,    Harrisburg, PA 17108-0988
13297694   +Chase Manhattan Mortgage,    Attn: Bankruptcy Dept,    3415 Vision Dr,    Columbus, OH 43219-6009
13297695   +Citizens Bank,    Attn: Bankruptcy Dept,    443 Jefferson Blvd Ms Rjw-135,
             Warwick, RI 02886-1321
13297696    Convergent Outsourcing, Inc.,    PO Box 9004,    Renton, WA 98057-9004
13297697    DDM Energy,    PO Box 11819,    Newark, NJ 07101-8119
13329265   +Diamond Delchester (DDM) Energy,    841 Lincoln Avenue,    West Chester, PA 19380-4435
13386768    ECMC,    PO BOX 16408,    St. Paul, MN 55116-0408
13297699   +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13297704   +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
13492021   +JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    OH4-7142,    Columbus, OH 43219-6009
13323666   +Law Office of Stephen Ross, P.C.,    152 E. High Street, Suite 100,    Pottstown, PA 19464-5480
13376906   +Phillips & Cohen Associates, LTD,    servicer for PCA Acquisition V, LLC,    1002 Justison Street,
             Wilmington DE 19801-5148
13301442   +RBS Citizens NA,    443 Jefferson Blvd,    RJW 135,    Warwick RI 02886-1321
13297707   +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
13297709    Sunrise Credit Services, Inc.,    PO Box 9100,    Farmingdale, NY 11735-9100
13314547   +TD BANK USA, N.A.,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
             SEATTLE, WA 98121-3132
13297710   +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
13297712   +Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
13334778    Wells Fargo Bank NA,    PO Box 10438,    Des Moines IA   50306-0438
13297713   +Wffnb Dual L,    Po Box 94498,    Las Vegas, NV 89193-4498
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: bankruptcy@phila.gov Apr 08 2017 01:44:24     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 08 2017 01:43:35
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 08 2017 01:44:11     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13339638        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 08 2017 01:49:01
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13297701       +E-mail/PDF: gecsedi@recoverycorp.com Apr 08 2017 01:48:43     Gecrb/Lowes,
                 Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
13297700       +E-mail/PDF: gecsedi@recoverycorp.com Apr 08 2017 01:48:32     Gecrb/dicks,    P.o. Box 965005,
                 Orlando, FL 32896-5005
13297702       +E-mail/PDF: gecsedi@recoverycorp.com Apr 08 2017 01:48:32     Gecrb/tjx Cos,    Po Box 965015,
                 Orlando, FL 32896-5015
13297703       +E-mail/PDF: gecsedi@recoverycorp.com Apr 08 2017 01:48:56     Gecrb/tydc,    Po Box 965005,
                 Orlando, FL 32896-5005
13412174        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 08 2017 01:48:32
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13297705       +E-mail/Text: bankruptcydepartment@tsico.com Apr 08 2017 01:44:47
                 NCO Financial Systems, Inc.,    PO Box 15630,    Wilmington, DE 19850-5630
13368636        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 08 2017 01:49:01
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13324278        E-mail/Text: bnc-quantum@quantum3group.com Apr 08 2017 01:43:16
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
13297706       +E-mail/PDF: pa_dc_claims@navient.com Apr 08 2017 01:48:35     Sallie Mae,
                 Attn: Claims Department,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
13297711        E-mail/Text: bankruptcy@td.com Apr 08 2017 01:43:57     Td Banknorth,
                 Td Bank Na-Attn: Bankruptcy Department,    Po Box 1377,    Lewiston, ME 04243
13382029        E-mail/Text: bankruptcy@td.com Apr 08 2017 01:43:57     TD Bank N.A.,    Attn: Bankruptcy Dept.,
                 ME2-002-035,    P.O. Box 9547,    Portland, ME 04112-9547
                                                                                              TOTAL: 15
```

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
13297698     ##+DMB Financial,    500 Cummings Center Drive,    Suite 5450,    Beverly, MA 01915-6519  
                                                                                                                 TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2           User: Stacey                Page 2 of 2                  Date Rcvd: Apr 07, 2017
                               Form ID: pdf900             Total Noticed: 38
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2017                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 7, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    RBS Citizens, N.A. jschwartz@mesterschwartz.com,
               jottinger@mesterschwartz.com
              JOSEPH L QUINN    on behalf of Debtor Patricia  Fitzgerald CourtNotices@sjr-law.com
              THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 6

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PATRICIA FITZGERALD                              Chapter 13

                    Debtor            Bankruptcy No. 14-13469-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this ____6th____ day of ___April___, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.


                                        Magdeline D. Coleman
                                        Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOSEPH L QUINN
152 E HIGH ST
SUITE 100
POTTSTOWN, PA 19464-


Debtor:
PATRICIA FITZGERALD

1519 N. CENTER AVENUE

FEASTERVILLE TREVOSE, PA 19053